UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*Gloria Dowling v. Bayer AG, et al.* Case No. 01-2407

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the above-captioned matter be and is hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: Feb. 14, 2006

T. David Hasbrook
HASBROOK & HASBROOK
120 N. Robinson Ave. Suite 2720
Oklahoma City, OK 73102
(405) 235-1551

William B. Federman
Stuart W. Emmons
FEDERMAN & SHERWOOD
2720 First National Center
120 N. Robinson Ave.
Oklahoma City, OK 73102
(405) 235-1560

Don S. Strong
G. Stephen Martin
STRONG MARTIN & ASSOCIATES PLLC
120 N. Robinson Ave. Suite 2700
Oklahoma City, OK 73102
(405) 604-7500

*Counsel for Plaintiffs*

SCANNED
FEB 2 2006
U.S. DISTRICT COURT MPLS

Dated: 2/21/06

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

Dated: 2/21/06

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned action is dismissed with prejudice.

DATED: FEB 2 1 2006

The Honorable Michael J. Davis
United States District Court

*Dowling*, No. 01-2407

SCAN
U.S. D